UNITED STATES DISTRICT COURT
Southern District of Florida

Case No.: _____

GAVIN D. MCKENZIE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES

**COMES NOW,** the Plaintiff, GAVIN D. MCKENZIE, by and through the undersigned attorney, hereby sues Defendant, UNITED STATES OF AMERICA (hereinafter referred to as "USA"), and pursuant to all applicable Federal Rules of Civil Procedure alleges as follows:

1. This is an action for damages that exceeds $75,000.00.

2. At all times material hereto, the Plaintiff was a resident of Miami-Dade County, Florida and all incidents described in this Complaint occurred in Miami-Dade County, Florida.

3. Plaintiff has completed all pre-trial requirements to bring an action against the Defendant, USA.

4. At all times material hereto, KORY E. CRONIN (hereinafter referred to as "CRONIN"), was working within the course and scope of his employment for United States Coast Guard at the time of the accident.

5. Pursuant to the Federal Rules of Civil Procedure, UNITED STATES OF AMERICA is the proper Defendant because CRONIN was working for United States Coast Guard.

6. On or about October 20, 2009, CRONIN operated a motor vehicle which was owned by the United States Coast Guard and was at the intersection of NW 42nd Avenue and State Road 836, in Miami-Dade County, Florida.

7. At that time and place as aforestated, CRONIN negligently, recklessly, carelessly and/or intentionally operated or maintained the motor vehicle so that it collided with the motor vehicle owned and operated by the Plaintiff, GAVIN D. MCKENZIE (hereinafter referred to as "MCKENZIE").

8. As a direct result of the Defendant's negligence, the Plaintiff, MCKENZIE, suffered permanent losses including but not limited to bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, aggravation or acceleration of pre-existing injury, loss of earnings and loss of ability to earn money. These losses are either permanent or continuing in nature and the Plaintiff will suffer these losses in the future.

9. As a direct result of the Defendant's negligence, the Plaintiff's automobile was damaged and he lost the use of it during the time period required for the repair or replacement of said vehicle. Furthermore, the Plaintiff incurred monetary losses in the expenses of a rental vehicle necessary for transportation during the time period required for repair or replacement of the Plaintiff's vehicle damaged as a result of the Defendant's negligence.

10. Pursuant to Federal law, Plaintiff requests a trial by Judge.

WHEREFORE, the Plaintiff demands judgment against the Defendant, USA, for damages, costs of this action and all other further equitable and legal relief as this Court may deem appropriate, and demands a jury trial on all issues so triable.

DATED this 10th day of May, 2011.

GOLDBERG & ROSEN, P.A.
*Attorneys for Plaintiff(s)*
1111 Brickell Avenue, Suite 2180
Miami, Florida 33131
Tel: (305) 374-4200
Fax: (305) 374-8024

By: _____
Brett M. Rosen, Esq.
Florida Bar No.: 0044859
Email: Brosen@goldbergandrosen.com