# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case No.: 1:11-CV-21803
Civil Division

GAVIN D. MCKENZIE,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF SERVING ANSWERS AND/OR RESPONSES TO EXPERT WITNESS INTERROGATORIES AND REQUEST FOR PRODUCTION PROPOUNDED BY DEFENDANT, UNITED STATES OF AMERICA

**COMES NOW,** the Plaintiff, GAVIN D. MCKENZIE, by and through the undersigned attorney, and notifies all parties of its original answers and/or responses to Expert Witness Interrogatories and Request for Production propounded by Defendant, UNITED STATES OF AMERICA, on August 3, 2011.

DATED this 16th day of August, 2011.

By:___ */s/ Brett M. Rosen*___
      Brett M. Rosen, Esq.
      Florida Bar No.: 0044859
      brosen@goldbergandrosen.com
      GOLDBERG & ROSEN, P.A.
      1111 Brickell Avenue, Suite 2180
      Miami, Florida 33131
      Tel: (305) 374-4200
      Fax: (305) 374-8024
      *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of August 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on the attached service list, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By:   */s/ Brett M. Rosen*
Brett M. Rosen, Esq.
Florida Bar No.: 0044859
brosen@goldbergandrosen.com
GOLDBERG & ROSEN, P.A.
1111 Brickell Avenue, Suite 2180
Miami, Florida 33131
Tel: (305) 374-4200
Fax: (305) 374-8024
*Attorneys for Plaintiff(s)*

## SERVICE LIST

GAVIN D. MCKENZIE versus UNITED STATES OF AMERICA
CASE NO. 1:11-CV-21803
United States District Court, Southern District of Florida

BRETT M. ROSEN, ESQ.
GOLDBERG & ROSEN, P.A.
1111 Brickell Avenue, Suite 2180
Miami, Florida 33131
Telephone: (305) 374-4200
Facsimile: (305) 374-8024
*Attorney for Plaintiff(s)*
brosen@goldbergandrosen.com

CAROLE M. FERNANDEZ, ESQ.
ASSISTANT U.S. ATTORNEY
99 NE 4th Street, Suite 300
Miami, Florida 33132
Telephone: 305-961-9333
Facsimile: 305-530-7139
*Attorneys for Defendant, United States*
Carole.Fernandez@usdoj.gov

## PLAINTIFF'S ANSWERS AND/OR RESPONSES TO EXPERT WITNESS INTERROGATORIES AND REQUEST FOR PRODUCTION PROPOUNDED BY DEFENDANT, UNITED STATES OF AMERICA

Answer to Expert Witness Interrogatory No.1:

Undetermined at this time as discovery has just commenced. However, Plaintiff will disclose their expert witnesses in accordance with the Court's trial order and/or expert witness discovery disclosures. Please note that Plaintiff is being treated by Dr. Stephen Wender and Dr. Seth Kaufman. These are not "experts", but are his as treating physicians and are not subject to these interrogatories.

Answer to Expert Witness Interrogatory No.2:

Undetermined at this time as discovery has just commenced. However, Plaintiff will disclose their expert witnesses in accordance with the Court's trial order and/or expert witness discovery disclosures. Please note that Plaintiff is being treated by Dr. Stephen Wender and Dr. Seth Kaufman. These are not "experts", but are his as treating physicians and are not subject to these interrogatories.

Answer to Expert Witness Interrogatory No.3:

Undetermined at this time as discovery has just commenced. However, Plaintiff will disclose their expert witnesses in accordance with the Court's trial order and/or expert witness discovery disclosures. Please note that Plaintiff is being treated by Dr. Stephen Wender and Dr. Seth Kaufman. These are not "experts", but are his as treating physicians and are not subject to these interrogatories.

Response to Expert Witness Request for Production No.1:

Undetermined at this time as discovery has just commenced. However, Plaintiff will disclose their expert witnesses in accordance with the Court's trial order and/or expert witness discovery disclosures. Please note that Plaintiff is being treated by Dr. Stephen Wender and Dr. Seth Kaufman. These are not "experts", but are his as treating physicians and are not subject to these interrogatories.

Response to Expert Witness Request for Production No.2:

Undetermined at this time as discovery has just commenced. However, Plaintiff will disclose their expert witnesses in accordance with the Court's trial order and/or expert witness discovery disclosures. Please note that Plaintiff is being treated by Dr. Stephen Wender and Dr. Seth Kaufman. These are not "experts", but are his as treating physicians and are not subject to these interrogatories.