UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-21803-CIV-MORENO

GAVIN MCKENZIE,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Parties' Stipulation for Compromise Settlement and Release **(D.E. 16)**, filed **November 21, 2011**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Further, all pending motions are DENIED as MOOT with leave to renew if appropriate. The Court will retain jurisdiction to enforce the terms and conditions of the Stipulation.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of November, 2011.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record